# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOCELYN HEMPHILL,<br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC;<br>EVERBANK; and MILSTEAD &<br>ASSOCIATES, LLC,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br><br>NO. 18-2451 |

# **O R D E R**

**AND NOW**, this 10th day of October, 2018, upon consideration of Milstead & Associates, LLC's Motion to Dismiss (ECF No. 6), Everbank and Nationstar Mortgage, LLC's Motion to Dismiss and Motion to Strike (ECF No. 9) and Plaintiff's Responses thereto (ECF Nos. 11 and 15), **IT IS ORDERED** that the Motions are **GRANTED IN PART AND DENIED IN PART** as follows:

　　(1)　Everbank and Nationstar's Motion to Dismiss Count Four (Breach of Contract) and Count Six (Pa. Act 6) is **GRANTED**. Counts Four and Six are **DISMISSED WITHOUT PREJUDICE**.

　　(2)　Defendants' Motions to Dismiss Count One (FDCPA), Count Two (FDCPA), Count Three (UTPCPL) and Count Five (Constructive Fraud) are **DENIED**.

　　(3)　Everbank and Nationstar's Motion to Strike is **DENIED.**

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**